✎ CJA 7
(Rev. 9/05)

LOCATION CODE _____

Docket No. _____22-mj-273_____

United States of America vs. _____Dominic Box_____

**ORDER TERMINATING APPOINTMENT OF COUNSEL** ☐
**and/or**  Check one or both
**AUTHORIZATION FOR DISTRIBUTION OF AVAILABLE PRIVATE FUNDS** ✓ ☐

WHEREAS, _____John Machado_____ was appointed as counsel for the above defendant/petitioner, on the __22nd__ day of __December__, __2022__ ; and

WHEREAS, the court finds that funds are available from or on behalf of the above named defendant/petitioner for payment of compensation and expenses of court-appointed counsel and/or for other services necessary for adequate representation, and that the above defendant/petitioner is therefore financially able to obtain counsel or to make partial payment for representation, and/or for other services necessary for adequate representation;

IT IS THEREFORE:

Check one or both

☐ ORDERED that the appointment of said counsel is hereby terminated.

☑ AUTHORIZED/DIRECTED that such funds in the amount of $ __250.00__ be paid by said defendant/petitioner or by _____ as follows:

*(enter specific terms of repayment, i.e., date due if lump-sum payment; schedule and amounts of each payment if installment payment.)*

Defendant shall pay $250.00 toward the cost of his representation on or before the 10th of each month, beginning in January 2023 and continuing for 18 months.

Payments shall be made by check or money order made out to "Clerk, US District Court" and shall be sent to U.S. District Court for the District of Columbia, 333 Constitution Ave., NW, Washington, DC 20001.

Payments shall be identified, either by a notation on the payment instrument or in an attached document, with the following information in substantially this format: U.S. v. Powell, 21-cr-179 (RCL); payment for appointed counsel pursuant to 18 U.S.C. section 3006A(f).

Defendant may seek relief from this Order in the interests of justice if his financial situation changes materially or for any other appropriate reason.

Dated this __22nd__ day of __December__, __2022__ .

_____
United States Judge/Magistrate

**DISTRIBUTION:**   **COURT'S FILE**   **COURT APPOINTED COUNSEL**   **PERSON REPRESENTED**   **CLERK'S FILE**